| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: Eastern District of Washington (State) | |
| Case number (If known): _____ Chapter _____ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Mensonides Dairy, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  91-1965848

4. **Debtor's address**

   **Principal place of business**
   305 S. Fisher Road
   Number    Street

   Mabton, WA  98935
   City           State   ZIP Code

   Yakima
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City           State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City           State   ZIP Code

5. **Debtor's website (URL)**  N/A

6. **Type of debtor**
   [XX] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | Mensonides Dairy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [XX] None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - [XX] Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   [XX] No
   ☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY
   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
                                   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    [XX] Yes. Debtor Art and Trijntje a/k/a Theresa Mensonides  Relationship Owner / Member
    District Eastern District of Washington  When _____
                                                   MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

Debtor **Mensonides Dairy, LLC**　　Case number (if known) _____
　　　　Name

**11. Why is the case filed in *this* district?**

Check all that apply:

[XX] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[XX] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

Where is the property? _____
　　　　　　　　　　　　Number　　　　Street

_____
City　　　　　　　　　　　　　　　　State　　ZIP Code

Is the property insured?

[ ] No

[XX] Yes. Insurance agency **HUB International Limited**
　　　　　Contact name **Jeff Barrom**
　　　　　Phone **509-439-6001**

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

[XX] Funds will be available for distribution to unsecured creditors.
[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

[ ] 1-49　　　　　　[ ] 1,000-5,000　　　　[ ] 25,001-50,000
[ ] 50-99　　　　　　[ ] 5,001-10,000　　　　[ ] 50,001-100,000
[XX] 100-199　　　　[ ] 10,001-25,000　　　[ ] More than 100,000
[ ] 200-999

**15. Estimated assets**

[ ] $0-$50,000　　　　　　　[ ] $1,000,001-$10 million　　　[ ] $500,000,001-$1 billion
[ ] $50,001-$100,000　　　　[XX] $10,000,001-$50 million　　[ ] $1,000,000,001-$10 billion
[ ] $100,001-$500,000　　　 [ ] $50,000,001-$100 million　　[ ] $10,000,000,001-$50 billion
[ ] $500,001-$1 million　　 [ ] $100,000,001-$500 million　 [ ] More than $50 billion

| Debtor | Mensonides Dairy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-14-2018
MM / DD / YYYY

X /s/ Art Mensonides
Signature of authorized representative of debtor

Printed name: Art Mensonides

Title: Owner / Member

**18. Signature of attorney**

X /s/ Steven H. Sackmann  Date 6-14-2018
Signature of attorney for debtor

Tony Meacham 6-14-2018
MM / DD / YYYY
/s/ TONI MEACHAM

Printed name: Steven H. Sackmann
Firm: Sackmann Law, PLLC
PO Box 409 - 455 E. Hemlock Street Suite A
Othello, Washington 99344
City
(509) 488-5636
Contact phone
00618 - WA
Bar number

1420 Scooteney Road
Connell, WA 99326
State     ZIP Code
509-488-3289
steve@sackmannlaw.com
Email address
tonipierson@rocketmail.com
35068 - WA
State