JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:  }
        }  Case No: 18-01681-FLK11
        }
MENSONIDES DAIRY, LLC  }  APPOINTMENT OF COMMITTEE
                       }  OF UNSECURED CREDITORS IN A
            Debtor     }  CHAPTER 11 REORGANIZATION CASE

The Acting United States Trustee hereby appoints the following creditors of the above-named debtor to the committee of unsecured creditors.

MWI Animal Health
3041 W. Pasadena Dr.
Boise, ID 83705
(208) 955-0777

Intl FCStone Markets, LLC
1251 NW Briarcliff Pkwy, Ste. 800
Kansas City, MO 64116
(816) 410-7145

JR Simplot Company
Attn: Beth Coonts & Cindy Smith
PO Box 27
Boise, ID 83707
(208) 780-8264

Calaway Company, Inc.
Tim Albertson
10190 Glade Road N.
Pasco, WA 99301
(509) 266-4644

Daritech Inc.
Marlene Johnston & Steve Peerce
8540 Benson Road
Lynden, WA 98264
(360) 354-6900

Whitby Ag Enterprises, LLC
Bryant Whitby
720 W. Juniper Rd.
Mesa, WA 99343
(509) 531-3912

Lansing Vermont, Inc.
10975 Benson Dr., Ste. 400
Overland Park, KS 66210
(913) 748-3098

18-01681-FLK11    Doc 87    Filed 07/06/18    Entered 07/06/18 13:45:58    Pg 1 of 2

D A T E D this 6th day of July, 2018.

                Respectfully submitted,

                GREGORY M. GARVIN
                Acting United States Trustee for Region 18

                /s/ James D. Perkins
                JAMES D. PERKINS
                Attorney for United States Trustee