Katherine Elsaesser, Washington State Bar #47586
Ford Elsaesser, Idaho State Bar #2205
ELSAESSER ANDERSON, CHTD.
414 Church Street, Suite 201, P. O. Box 1049
Sandpoint, ID 83864
Telephone (208) 263-8517
katie@eaidaho.com
ford@eaidaho.com

Bruce Anderson, Idaho State Bar #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Telephone (208) 667-2900; Facsimile (208) 667-2150
brucea@eaidaho.com

*Proposed attorneys to Unsecured Creditors Committee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

Mensonides Dairy, LLC,

        Debtor.

No. 18-01681-FLK11
Chapter 11

**JOINT NOTICE OF APPLICATION FOR EMPLOYMENT OF ELSAESSER ANDERSON, CHTD., AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO:    THE UNITED STATES TRUSTEE

AND TO:    OTHER CREDITORS AND PARTIES IN INTEREST

JOINT NOTICE OF APPLICATION FOR EMPLOYMENT OF ELSAESSER ANDERSON, CHTD. AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 1

ELSAESSER ANDERSON, CHTD.
P. O. BOX 1049
SANDPOINT, ID 83864
TELEPHONE (208) 263-8517
FACSIMILE (208) 263-0759

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors ("Committee") has filed applications for employment of KATHERINE ELSAESSER. FORD ELSAESSER and BRUCE ANDERSON, and supplemental declarations thereto, to provide representation to the Committee in the reorganization proceedings of the Debtor under Chapter 11 of the Bankruptcy Code, and matters related thereto. Pursuant to LBR 2014-1, the applicant, Chair of the Committee, seeks the employment of counsel as set forth in the applications, copies of which are served herewith.

## NOTICE

PLEASE TAKE FURTHER NOTICE that any opposition to the above-referenced applications must be in writing and must be filed with the Clerk of the U. S. Bankruptcy Court, 402 East Yakima Ave. # 200, Yakima, Washington 98901, and must be served upon the undersigned counsel **not later than ten (10) days from the date of this notice**. If no objection is timely filed and served, then the relief requested may be granted without a hearing.

Pursuant to Local Rule 2002-1(f)(1) and (2), any objection shall briefly state the grounds for the objection. If an objection states no grounds, then the Court may strike the objection on *ex parte* motion of the moving party. The moving party, however, may make such *ex parte* motion to strike only after the objecting party fails within seven (7) days to respond to a request by the moving party for a brief statement of the grounds of the objection. If an objection is filed and a hearing is set, then the opposing party must comply with Local Rule 9073-1(d)(1) which states, in part, that an

JOINT NOTICE OF APPLICATION FOR EMPLOYMENT
OF ELSAESSER ANDERSON, CHTD.
AS COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS - 2

**ELSAESSER ANDERSON, CHTD.**
**P. O. BOX 1049**
**SANDPOINT, ID 83864**
**TELEPHONE (208) 263-8517**
**FACSIMILE (208) 263-0759**

18-01681-FLK11    Doc 174    Filed 08/22/18    Entered 08/22/18 12:27:23    Pg 2 of 5

opposing party shall serve and file any objections, counter-affidavits, or statements under penalty of perjury or other responding documents not later than three (3) days prior to the hearing set on the applications.

DATED this 22nd day of August, 2018.

ELSAESSER ANDERSON, CHTD.
/s/ Katherine Elsaesser_____

CERTIFICATE OF ELECTRONIC NOTICE

The undersigned hereby certifies that on August 22nd, 2018, the foregoing was filed electronically using the CM/ECF system and that a copy of the foregoing will automatically be sent to the following registered participants of the CM/ECF system:

Roger William Bailey on behalf of Debtor Art Mensonides roger.bailey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com;brooke.maloney.bblawfirm@gmail.com

Marc C Cote on behalf of Interested Party Hilda Ramirez mcote@frankfreed.com, krodenburg@frankfreed.com

Katherine A Elsaesser on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mensonides Dairy, LLC
katie@eaidaho.com, ford@eaidaho.com

Jennifer K Faubion on behalf of Creditor Northwest Farm Credit Services, FLCA
jfaubion@cairncross.com, gglosser@cairncross.com

David P Gardner on behalf of Creditor APEX LLC
dpg@winstoncashatt.com,ccb@winstoncashatt.com,
clk@winstoncashatt.com;azh@winstoncashatt.com

JOINT NOTICE OF APPLICATION FOR EMPLOYMENT OF ELSAESSER ANDERSON, CHTD. AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 3

ELSAESSER ANDERSON, CHTD.
P. O. BOX 1049
SANDPOINT, ID 83864
TELEPHONE (208) 263-8517
FACSIMILE (208) 263-0759

Daniel J Gibbons on behalf of Creditor   J. R. Simplot, dba Simplot Western Stockmen's
djg@witherspoonkelley.com,  leer@witherspoonkelley.com

William L Hames on behalf of Creditor   Calaway Compay, Inc.
billh@hawlaw.com,
mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com

Robert  McMillen^ on behalf of Creditor   Whitby Farms, Inc
carla@tmc.law,  robert@tmc.law

Toni  Meacham on behalf of Debtor   Mensonides Dairy LLC
ToniPierson@RocketMail.Com,marnie@bodineconsulting.com,bnewhouse@alegriacpas.com

Toni  Meacham on behalf of Debtor Art  Mensonides
ToniPierson@RocketMail.Com,bnewhouse@alegriacpas.com,marnie@bodineconsulting.com

Toni  Meacham on behalf of Joint Debtor Trijntje  Mensonides ToniPierson@RocketMail.Com

Jane  Pearson on behalf of Creditor   INTL FCStone Markets, LLC
jane.pearson@polsinelli.com,  docketing@polsinelli.com

James D Perkins on behalf of U.S. Trustee   US Trustee
james.perkins@usdoj.gov

James D Perkins^ on behalf of U.S. Trustee   US Trustee
james.perkins@usdoj.gov,  Jeannie.S.Olivas@usdoj.gov

Sean M Phelan on behalf of Interested Party Hilda  Ramirez sphelan@frankfreed.com,
hohaus@frankfreed.com

John R Rizzardi on behalf of Creditor   Northwest Farm Credit Services, FLCA
JRizzardi@cairncross.com,
rwang@cairncross.com;tnguyen@cairncross.com;jrizzardi@ecf.courtdrive.com;TNguyen@ecf.courtdrive.com;rwang@ecf.courtdrive.com;mugrin@cairncross.com;mugrin@ecf.courtdrive.com;pdurland@cairncross.com;pdurland@ecf.

Steven H Sackmann on behalf of Debtor   Mensonides Dairy LLC
steve@sackmannlaw.com,  sackmannlaw@hotmail.com

JOINT NOTICE OF APPLICATION FOR EMPLOYMENT
OF ELSAESSER ANDERSON, CHTD.
AS COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS - 4

ELSAESSER ANDERSON, CHTD.
P. O. BOX 1049
SANDPOINT, ID  83864
TELEPHONE (208) 263-8517
FACSIMILE   (208) 263-0759

Thomas W Stone on behalf of Interested Party   Agri-King Nutrition, Inc.
tstone@floyd-ringer.com,  skatinas@floyd-ringer.com

  US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Christopher G Varallo on behalf of Creditor   J. R. Simplot, dba Simplot Western Stockmen's
cgv@witherspoonkelley.com,  terrye@witherspoonkelley.com

Binah B Yeung on behalf of Creditor   Northwest Farm Credit Services, FLCA
byeung@cairncross.com,  sden@cairncross.com;rroberts@cairncross.com

Christopher L Young on behalf of Creditor   Northwest Farm Credit Services, FLCA
cyoung@cairncross.com,
aakers@ecf.courtdrive.com;TNguyen@ecf.courtdrive.com;cyoung@ecf.courtdrive.com;TNguyen@cairncross.com;JStone@Cairncross.com

/s/Katherine Elsaesser
Katherine Elsaesser

JOINT NOTICE OF APPLICATION FOR EMPLOYMENT OF ELSAESSER ANDERSON, CHTD. AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 5

ELSAESSER ANDERSON, CHTD.
P. O. BOX 1049
SANDPOINT, ID  83864
TELEPHONE (208) 263-8517
FACSIMILE   (208) 263-0759