Jeffrey C. Misley, WSBA #33397
jmisley@sussmanshank.com
Garrett S. Eggen (Admitted Pro Hac Vice)
geggen@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

*Attorneys for Matthew McKinlay,
Plan Agent*

Honorable Whitman L. Holt
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

MENSONIDES DAIRY, LLC, and
ART & THERESA MENSONIDES,

Debtors.

CHAPTER 11

No. 18-01681-WLH11 LEAD CASE

No. 18-01683-WLH11

DECLARATION OF MATTHEW MCKINLAY IN SUPPORT OF MOTION TO SELL DAIRY'S REMAINING HEIFERS AND MILK COWS BY AUCTION ON A ROLLING BASIS

I, Matthew McKinlay, declare:

1. I was appointed as Plan Agent (the "Plan Agent") of the Debtors' First Amended Joint Chapter 11 Plan of Reorganization [Docket No. 479] (the "Plan") pursuant to the Order Appointing Plan Agent [Docket No. 959] (the "Plan Agent Order"). I have personal knowledge of the facts set forth herein. I submit this Declaration in support of the Motion to Sell Dairy's Remaining Heifers and Milk Cows

DECLARATION OF MATTHEW MCKINLAY - PAGE 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1067-1    Filed 01/06/23    Entered 01/06/23 16:36:40    Pg 1 of 9

by Auction on a Rolling Basis (the "Motion")[1].

2. Upon my appointment as Plan Agent pursuant to the Plan Agent Order, I immediately turned my attention to preserving and maintaining the Debtors' business operations and assets in preparation for the ultimate sale of the Dairy and Dairy Assets. However, upon taking control of the Debtors, I discovered that the Dairy's available cash was seriously deficient to fund operations or meet the Dairy's ongoing financial obligations. This required me to request and receive additional financial support from Northwest in order to stabilize operations and fund ongoing expenses.

3. I also determined that the Mensonides family had taken substantial actions to disrupt the Dairy's operations. These actions included, among other things:

a) removing critical assets and equipment from the Dairy with the help of third parties such as Narom and Sharon Berg, Pioneer Commodities LLC and others;

b) withdrawing substantial funds belonging to the Dairy for unauthorized purposes;

c) leaving almost no feed on site to care for the livestock;

d) notifying employees that the Dairy was "shutting down" and paying out all accrued paid time-off (PTO); and

e) Removing and shredding critical business records, including vehicle titles, employee files, the Nutrient Management Plan, and so forth.

4. I also discovered that the Dairy was missing several critical pieces of equipment that collectively held an appraised value of $467,200.00 (the "Missing Equipment").

5. On August 10, 2022, the court held a hearing on the Enforcement Motion [Docket No. 964]. At the hearing, the court referred the parties to Judge Corbit to

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

DECLARATION OF MATTHEW MCKINLAY - PAGE 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

attempt to settle their disputes. Unfortunately, mediation with Judge Corbit yielded no tangible results.

6. While I was ultimately able to stabilize the Dairy's milk production and milking herd and cleansed the livestock herd of bacillus cereus[2], my problems with the Mensonides and other parties in interest continued. In particular, I began to discover that much of the Missing Equipment had been relocated through one or more of the Mensonides family members' efforts throughout the greater Mabton, Washington area. As a result, I sought to retrieve the Missing Equipment and other property belonging to the Dairy.

7. In addition to retrieving Missing Equipment and reviving the Dairy's operations, I also recognized that removal of the Mensonides' family members from the Dairy would be necessary to implement the sale of the Dairy. To begin this process, I offered a solution that would result in Art and Teresa Mensonides as well as Auke and Joreen Bruinsma (the "Bruinsmas") consensually vacating the Dairy premises in a reasonable time and manner. Unfortunately, the Mensonides and Bruinsmas rejected this offer, prompting me to obtain a court order confirming his ability to terminate the possessory interests of and initiate eviction proceedings against the Mensonides and Bruinsmas.

8. In addition to the above referenced issues, the Dairy also began experiencing several unrelated problems that were also beyond my control. As a result of the worldwide supply chain and inflationary issues, lower than projected 2022 Dairy-grown and harvested feed volume, price gouging and other factors, the Dairy's

---

[2] Bacillus cereus is a spoilage microorganism that has been present in the Dairy's herd for several years. This prevalence of this contaminant exceeded thresholds set by the Northwest Dairy Association ("NDA"), which limited how the Dairy's milk could be produced. In November 2022, NDA notified the Plan Agent and his staff that the contaminant had been reduced significantly over the past four months, and that NDA is now able to expand the number of products that the Dairy's milk can be used for. This also opens the Dairy to new processing facilities (including the one ~10 miles away from the Dairy in Sunnyside, WA) the Dairy's milk can be sent to.

DECLARATION OF MATTHEW MCKINLAY - PAGE 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1067-1    Filed 01/06/23    Entered 01/06/23 16:36:40    Pg 3 of 9

feed costs exceeded initial projections by roughly 30%. This, in addition with unbudgeted manure management freight costs, seriously impacted the Dairy's cash flow. Further, milk prices have dropped by roughly 20% over the last several months which has resulted in significantly reduced revenues to the Dairy.

9. Given the Dairy's liquidity issues resulting from the foregoing problems, I determined it was necessary to sell up to 2,500 head of the Dairy's replacement heifer cattle (the "Listed Dairy Cattle") by auction to reduce operating expenses and generate much needed cash to continue operating the Dairy and work towards a sale of the Dairy and its assets.

10. While the sale of the Listed Dairy Cattle will generate much needed cash for the Dairy, operating and administrative costs have continued to strain the Dairy's liquidity. Specifically, the rising feed and administrative costs combined with lower revenues have made it difficult to maintain the Dairy's herd. I believe that these problems will only be exacerbated throughout the coming winter months. In addition to the foregoing, I have determined that the sale of substantially all of the Dairy Assets to a prospective purchaser as a going concern under acceptable terms is becoming less likely. As a result, I believe it is necessary to sell the Dairy's remaining Livestock to generate cash to pay the Dairy's vendors and other operating expenses while also sharply reducing such expenses going forward, while I prepare to auction the remaining Dairy Assets.

11. I have selected Toppenish Livestock ("Toppenish") as the auctioneer responsible for selling the Livestock. I propose to sell the Heifers at various auctions held by Toppenish during the period from January 20, 2023 through January 31, 2023 and the Milk Cows at various auctions held by Toppenish during the period from February 21, 2023 through March 14, 2023. The above provided periods are merely

DECLARATION OF MATTHEW MCKINLAY - PAGE 4

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1067-1    Filed 01/06/23    Entered 01/06/23 16:36:40    Pg 4 of 9

estimates, and I intend to exercise my reasonable business discretion in determining when to sell the Livestock and how many Livestock to sell at any given time in order to ensure the Dairy maintains enough capital to continue operating the Dairy.

12. Toppenish has agreed to a compensation structure whereby it will be paid a 5% commission rate from the auction proceeds at each auction held and certain other expenses incurred in auctioning the Livestock. I believe that Toppenish's extensive experience auctioning cattle in the Eastern Washington area will result in the highest and best offers for the Livestock.

13. To the extent the Dairy's existing funds are insufficient to do so, I shall set aside up to $2.25 million in sale proceeds derived from the various sales of Livestock to be used to pay the Dairy's vendors in the ordinary course of business and pursuant to the payment terms now existing between the Dairy and such vendors. AgWest has agreed to the proposed reserve of $2.25 million which I have estimated as the amount necessary to pay the Dairy's vendors to satisfy their outstanding claims upon the conclusion of this case. I intend to set aside this amount out of an abundance of caution and to avoid any potential harm to the Dairy's operations resulting from the failure to pay the Dairy's vendors in the ordinary course of business and pursuant to the payment terms now existing between the Dairy and such vendors.

14. The Dairy's cash flow problems have limited the options available to sell the Dairy Assets. These cash flow problems are due to a variety of unforeseen circumstances, including significant operating and administrative costs, reduced revenues, and the actions taken by the Mensonides and others to frustrate my ability to operate the Dairy. While I have taken substantial steps towards mitigating these problems, these efforts have come at a great administrative cost and will likely continue until I can consummate the sale of the Dairy Assets. In addition, I continue

DECLARATION OF MATTHEW MCKINLAY - PAGE 5

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1067-1    Filed 01/06/23    Entered 01/06/23 16:36:40    Pg 5 of 9

to incur considerable expenses caring for the Livestock in light of the harsh winter conditions that will likely only worsen over time. I have determined that the sale of the Livestock as effectively and efficiently as possible under the circumstances is necessary.

15. I also believe that Toppenish's experience auctioning farming cattle in the Eastern Washington area will help maximize the value of the Livestock to the benefit of the Debtors' creditors. The collective value of the Livestock to be sold by auction is expected to net a substantial recovery for the Debtors' estate. I believe that this recovery would likely be unattainable if any other sale procedure was used to sell the Livestock.

16. Toppenish's experience auctioning cattle will streamline the process for selling the Livestock without incurring substantial administrative expenses. In addition, selling the Livestock on a rolling basis and authorizing me to use such sale proceeds to pay the Dairy's vendors will ensure that the Dairy has the sufficient cash, feed and other commodities to continue operating until I succeed in selling the Dairy Assets. Finally, I have determined it is best to initiate a phased approach to the sale of assets, beginning with Livestock and moving on to equipment and the real property, which will be the subject of motions to be filed shortly hereafter. Given the cash position of the Dairy, I have determined that the sale by an experienced auctioneer on a short timeframe will likely yield the greatest recoveries for the Livestock and allow the Dairy to continue operating until the conclusion of this case.

/ / /

/ / /

/ / /

/ / /

DECLARATION OF MATTHEW MCKINLAY - PAGE 6

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1067-1    Filed 01/06/23    Entered 01/06/23 16:36:40    Pg 6 of 9

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated this 6th day of January, 2023, at Boise, Idaho.

					Matthew McKinlay

DECLARATION OF MATTHEW MCKINLAY - PAGE 7

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1067-1    Filed 01/06/23    Entered 01/06/23 16:36:40    Pg 7 of 9

# CERTIFICATE OF SERVICE

I, Janine E. Hume declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on January 6, 2023, I served, **via first class mail**, a full and correct copy of the foregoing **DECLARATION OF MATTHEW MCKINLAY IN SUPPORT OF MOTION TO SELL DAIRY'S REMAINING HEIFERS AND MILK COWS BY AUCTION ON A ROLLING BASIS**, to the parties of record, addressed as follows:

James L. Carman
1116 11th Street
Benton City, WA 99320

Jennifer A. Carman
1116 11th Street
Benton City, WA 99320

Danny R. Hicks
4441 Becker Rd.
Toppenish, WA 98948

Angie Lee
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104

I also certify that on January 6, 2023, I served the above-referenced document(s) on all ECF participants as indicated on the Court's Cm/ECF system.

//
//
//
//

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1067-1    Filed 01/06/23    Entered 01/06/23 16:36:40    Pg 8 of 9

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 6, 2023.

*/s/ Janine E. Hume*
Janine E. Hume, Legal Assistant

CERTIFICATE OF SERVICE - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130