JOHN R. RIZZARDI, WSBA No. 9388
JENNIFER K. FAUBION, WSBA No. 39880
ADITI PARANJPYE, WSBA No. 53001
Attorneys for AgWest Farm Credit, PCA and
FLCA
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
(206) 587-0700

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | CHAPTER 11 |
| MENSONIDES DAIRY, LLC, and | NO. 18-01681-WLH11 LEAD CASE |
| ART & THERESA MENSONIDES, | NO. 18-01683-WLH11 |
| Debtors. | AGWEST FARM CREDIT, PCA AND FLCA'S OMNIBUS RESPONSE IN SUPPORT OF MOTIONS (1) TO SELL DAIRY'S REMAINING HEIFERS AND MILK COWS; (2) TO SELL DAIRY'S REAL PROPERTY BY AUCTION AND CERTAIN RELATED RELIEF; AND (3) TO SELL DAIRY EQUIPMENT AND VEHICLES BY AUCTION |

## I.     INTRODUCTION

AgWest Farm Credit, PCA and FLCA (together "**AgWest**"), by and though

undersigned counsel, Cairncross & Hempelmann, P.S., files this Response in

support of the Plan Agent's Motions (1) to Sell Dairy's Remaining Heifers and

AGWEST FARM CREDIT, PCA AND FLCA'S OMNIBUS RESPONSE
IN SUPPORT OF MOTIONS (1) TO SELL DAIRY'S REMAINING
HEIFERS AND MILK COWS; (2) TO SELL DAIRY'S REAL
PROPERTY BY AUCTION AND CERTAIN RELATED RELIEF; AND
(3) TO SELL DAIRY EQUIPMENT AND VEHICLES BY AUCTION - 1
1060018.DOCX v1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

18-01681-WLH11    Doc 1080    Filed 01/17/23    Entered 01/17/23 12:28:47    Pg 1 of 3

Milk Cows by Auction on a Rolling Basis [Dkt. No. 1067]; (2) to Sell Dairy's Real Property by Auction and Certain Related Relief [Dkt. No. 1070]; and (3) to Sell Dairy Equipment and Vehicles by Auction [Dkt. No. 1071] (collectively, the "**Sale Motions**"). This Response is supported by the records and files herein, as well as the Declaration of David Poor ("**Poor Decl.**") filed herewith.

## II.    RESPONSE

AgWest has monitored the financial performance of the Dairy's operations and agrees with the Plan Agent that if those operations cannot be maintained on a cash neutral basis, then the assets should be sold.  AgWest defers to the Plan Agent's business judgment concerning the timing and structure of the sale, and ultimately, AgWest supports the Plan Agent's plan to liquidate substantially all assets of the estate through the auction(s) as outlined in the Sale Motions. For the avoidance of doubt, AgWest is affirming that nothing in the Plan Agent's sale motions requests the sale, assignment or transfer of any tangible or intangible assets of value related to the Mensonides interest in Northwest Dairy Association ("NDA" – aka Darigold), including, but not limited to stock in NDA or patronage rights related to such stock.

The Sale Motions set out a plan that could result in a going concern sale of the assets, but also not delay the liquidation of the various categories of assets, in the event a going concern buyer is either unwilling to pay a sufficient amount for the assets or cannot be found. Reducing the total livestock count in advance of the auctions, while maintaining a milking herd, will significantly reduce operating

AGWEST FARM CREDIT, PCA AND FLCA'S OMNIBUS RESPONSE
IN SUPPORT OF MOTIONS (1) TO SELL DAIRY'S REMAINING
HEIFERS AND MILK COWS; (2) TO SELL DAIRY'S REAL
PROPERTY BY AUCTION AND CERTAIN RELATED RELIEF; AND
(3) TO SELL DAIRY EQUIPMENT AND VEHICLES BY AUCTION - 2
1068631489.v1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

costs but retain the opportunity for a prospective buyer looking for a turn-key operation. Moreover, the process proposed by the Plan Agent is designed to significantly reduce the Plan Agent's fees and the fees and costs of professionals assisting the Plan Agent, including vendors such as feed consultant and veterinary services.

Further, AgWest consents to, and supports, the Plan Agent's proposed reserve of $2.25 million to cover vendor and supplier invoices as projected, and later confirmed, by the Plan Agent.

### III. CONCLUSION

In light of the foregoing, AgWest respectfully requests that the court grant the Plan Agent's Sale Motions, and sign the accompanying orders as submitted by the Plan Agent.

DATED this 17th day of January, 2023.

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ John R. Rizzardi*

John R. Rizzardi WSBA No. 9388
E-mail: jrizzardi@cairncross.com
Jennifer K. Faubion, WSBA No. 39880
E-mail: jfaubion@cairncross.com
Aditi Paranjpye, WSBA No. 53001
E-mail: aparanjpye@cairncross.com
Attorneys for Creditors AgWest Farm
Credit, PCA and FLCA

AGWEST FARM CREDIT, PCA AND FLCA'S OMNIBUS RESPONSE
IN SUPPORT OF MOTIONS (1) TO SELL DAIRY'S REMAINING
HEIFERS AND MILK COWS; (2) TO SELL DAIRY'S REAL
PROPERTY BY AUCTION AND CERTAIN RELATED RELIEF; AND
(3) TO SELL DAIRY EQUIPMENT AND VEHICLES BY AUCTION - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

18-01681-WLH11    Doc 1080    Filed 01/17/23    Entered 01/17/23 12:28:47    Pg 3 of 3