So Ordered.

Dated: February 8th, 2023



Whitman L. Holt
Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>MENSONIDES DAIRY, LLC, and<br>ART & THERESA MENSONIDES,<br><br>Debtors. | CHAPTER 11<br><br>No. 18-01681-WLH11 LEAD CASE<br><br>No. 18-01683-WLH11<br><br>ORDER GRANTING MOTION TO SELL DAIRY EQUIPMENT AND VEHICLES BY AUCTION |

This matter having come before the court on the Motion (the "Motion")[1] of Matthew McKinlay ("McKinlay"), as Plan Agent of the Debtors' First Amended Joint Chapter 11 Plan of Reorganization [Docket No. 479] (the "Plan"), for entry of an order authorizing McKinlay to sell certain of the Dairy's farming equipment (the "Equipment") and titled vehicles (the "Titled Vehicles") by auction, pursuant to the Order Appointing Plan Agent [Docket No. 959] (the "Plan Agent Order"), and the court having reviewed the Motion and the supporting Declarations of Matthew

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion or the Plan Agent Order, as applicable.

ORDER GRANTING MOTION TO SELL DAIRY
EQUIPMENT AND VEHICLES BY AUCTION -
PAGE 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

McKinlay, and the court's files herein; and this court having jurisdiction and authority over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A) and the Confirmation Order [Docket No. 499] and the Plan Agent Order; and the court finding cause exists to grant certain relief requested in the Motion. Now, therefore, it is hereby

ORDERED:

1. The Motion [Docket No. 1071] is GRANTED as set forth herein;

2. McKinlay is authorized to retain Booker Auctions Co. ("Booker") to sell the Equipment and Titled Vehicles by auction held by Booker;

3. McKinlay is further authorized, without the need for further court approval, to sell any Missing Equipment that is returned to the Dairy by auction held by Booker. McKinlay shall submit a supplemental notice revising <u>Exhibit B</u> to the Motion which shall identify the returned Missing Equipment to be sold pursuant to the terms set forth herein;

4. Booker shall be paid a 10% commission rate from the auction proceeds, a 5% buyer's premium, and certain other expenses incurred in auctioning the Equipment and Titled Vehicles;

5. Any party that McKinlay has determined holds a valid lien superior to AgWest Farm Credit Services, PCA and FLCA ("AgWest") in any particular piece of Equipment or Titled Vehicle shall be permitted to either (a) retrieve the particular piece of Equipment or Titled Vehicle in satisfaction of such lien, or (b) receive the amount owed to such lienholder or the resulting proceeds from the sale that particular piece of Equipment or Titled Vehicle, whichever amount is less. Nothing herein shall affect, remove or nullify the state law rights of any junior lienholder under applicable state law, including RCW 62A.9A, *et seq*. McKinlay shall provide notice to any party that he can ascertain after a reasonable search holds a lien in any piece of Equipment or

ORDER GRANTING MOTION TO SELL DAIRY EQUIPMENT AND VEHICLES BY AUCTION - PAGE 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

18-01681-WLH11    Doc 1107    Filed 02/08/23    Entered 02/08/23 13:58:54    Pg 2 of 3

1  Titled Vehicle and present to such lienholder their options on how their security
2  interest may be treated per above;

3       6.    McKinlay is authorized to determine whether AgWest is ~~deemed~~ a
4  Qualified Buyer and, to the extent consistent with the Plan Agent Order and applicable
5  law, whether AgWest may credit bid for some or all of the assets to be sold that are
6  among AgWest's collateral; ~~pursuant to this Order that constitute its collateral. Such~~
7  ~~credit bid shall be made pursuant to all applicable laws and McKinlay's determination~~
8  ~~that allowing such credit bidding is appropriate. AgWest shall not be required to pay~~
9  ~~a buyer's premium if it makes a winning credit bid(s);~~

10      7.    This order does not authorize the distribution of any net sale proceeds by
11 McKinlay and ~~A~~all parties, including the Debtors, reserve all rights and defenses with
12 respect to any claimant's rights of distribution from the net sale proceeds and further
13 reserve their rights and defenses as to the allowability, priority, and amount of such
14 rights of distribution; and

15      8.    McKinlay is authorized to execute such documents and take such further
16 actions as may be necessary or appropriate to accomplish the terms of this order.

17
18                       // END OF ORDER //
19 PRESENTED BY:
20 SUSSMAN SHANK LLP
21      /s/ Jeffrey C. Misley
   By _____
22      Jeffrey C. Misley, WSBA #33397
        Attorneys for Matthew McKinlay, Plan Agent
23

24 * Changes made by court
25
26

ORDER GRANTING MOTION TO SELL DAIRY
EQUIPMENT AND VEHICLES BY AUCTION -
PAGE 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130